IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　*Plaintiff,*<br><br>　　　v.<br><br>ASSORTED ARTIFACTS,<br><br>　　　　　　　*Defendant.* | Civil No. 1:16-cv-1393<br><br>Hon. Liam O'Grady |

## ORDER

This matter comes before the Court on Magistrate Judge Anderson's Findings of Fact and Recommendation ("F & R"). The F & R was entered on February 21, 2017 and there have been no objections filed. After reviewing the record and the F & R, and finding good cause to do so, the Court hereby **APPROVES** and **ADOPTS** the F & R (Dkt. No. 13) in full. Consequently, Plaintiff's motion for default judgment and order of forfeiture under 18 U.S.C. § 545 (Dkt. No. 8) is hereby **GRANTED**.

　　　It is **SO ORDERED**.

March 29, 2017
Alexandria, Virginia

　　　　　　　　　　　　　　　　　　　　　　Liam O'Grady
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1